In the Matter of the Claim of EDWARD ROBERTS, Respondent, against FRANK E. CARDEN, Doing Business under the Trade Name and Style of SOUTH SIDE COAL COMPANY, and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the claimant was an independent contractor. Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ., concur.

In the Matter of the Claim of DENNIS J. KILLIAN, Respondent, against C. H. SCHULTZ and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of JOHN FLACK, Respondent, against UNITED DRESSED BEEF COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of JOSEPHINE SMOKE, Respondent, against FREDERICK PAGE CONTRACTING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of MARIE EBERLE, Respondent, against INCORPORATED VILLAGE OF VALLEY STREAM and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of MAGDALENA TROM, Appellant, against NEW YORK TRAP ROCK CORPORATION, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed, without costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Last Will and Testament of GEORGE E. GIBBONS, Deceased. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ.